# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Paul W. Popp  | CHAPTER 13
     Debtor(s) |
| BKY. NO. 11-26881

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4802

                        Respectfully submitted,

                        **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        jwarmbrodt@kmllawgroup.com
                        Attorney I.D. No. 42524
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        Phone: 215-825-6306
                        Fax: 215-825-6406
                        Attorney for Movant/Applicant