FILED
1/9/17 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 11-26881 GLT |
| Paul W. Popp, | : | Chapter 13 |
| Debtor. | : | Related to Dkt. No. 113 |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date and Time: January 18, 2017 at 10:00 a.m. |
| Applicants, | : | Responses due: December 30, 2016 |
| vs. | : | |
| No Respondents. | : | |

## MODIFIED DEFAULT ORDER

And now, this 9th day of January, 2017, the Application of Daniel R. White and Zebley Mehalov & White for final Compensation and Reimbursement of Expenses as Counsel for the Debtor is approved for the total amount of $8,094.87 for services rendered on behalf of the Debtor for the period from June 11, 2011, through December 2, 2016, which represents $7,280.00, in attorney fees and $814.87 in costs. The fee balance of $4,180.00, remains and shall be paid by the Chapter 13 Trustee. Counsel is not seeking reimbursement for additional costs.

Any fee balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtor beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtor has agreed to be paid from monies already paid by or on behalf of the Debtor to the Trustee and allow the case to be closed without requiring additional payments by the Debtor. Any amount due to Debtor's Counsel beyond what is distributed by the Trustee, is expressly waived by Debtor's Counsel and will not be collected from Debtor either through the plan or outside of the Bankruptcy Case.

FURTHER, the Clerk shall record the award of compensation for attorney's fees incurred between June 11, 2011 through December 2, 2016, in the amount of **$7,280.00**, representing a retainer in the amount of **$800.00**, no-look compensation in the amount of **$2,300.00** and additional compensation in the amount of **$4,180.00**. Expenses in the amount of **$814.87**, representing a retainer of **$700.00** and additional expenses in the amount of **$114.87**. The total award of attorney fees and expenses are in the amount of **$8,094.87**.

Prepared by:  Daniel R. White, Esq.

DEFAULT ENTRY

Dated: January 09, 2017



Gregory L. Taddonio
United States Bankruptcy Judge

cgt

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-26881-GLT
Paul W. Popp                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1            Date Rcvd: Jan 10, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db            +Paul W. Popp,    154 Cool Springs Road,    Sutersville, PA 15083-1362

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    M & T Bank agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Daniel R. White    on behalf of Debtor Paul W. Popp dwhite@zeblaw.com,
       gianna@zeblaw.com;dwhite.zmw@gmail.com
      James Warmbrodt    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
      Kevin T. McQuail    on behalf of Creditor    M & T Bank ecfmail@mwc-law.com
      Marisa Myers Cohen    on behalf of Creditor    M & T Bank mcohen@mwc-law.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                               TOTAL: 7