**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/24/17 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  PAUL W. POPP<br><br>              Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  PAUL W. POPP<br><br><br>         Respondents | Case No.11-26881GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 125 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  24th  day of  January,  2017,   it is hereby ORDERED, ADJUDGED, and DECREED that,

  Joseph B Fay Co
  Attn: Payroll Manager
  Pob 66 100 Sky Lane
  Russellton,PA 15076

is hereby ordered to immediately terminate the attachment of the wages of PAUL W. POPP, social security number XXX-XX-3169.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PAUL W. POPP.

BY THE COURT:

_____
**cgt**
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Paul W. Popp  
     Debtor

Case No. 11-26881-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Jan 24, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.  
db          +Paul W. Popp,    154 Cool Springs Road,    Sutersville, PA 15083-1362

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    M & T Bank agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Daniel R. White    on behalf of Debtor Paul W. Popp dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com  
         James Warmbrodt    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com  
         Kevin T. McQuail    on behalf of Creditor    M & T Bank ecfmail@mwc-law.com  
         Marisa Myers Cohen    on behalf of Creditor    M & T Bank mcohen@mwc-law.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                              TOTAL: 7