Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Paul W. Popp** : | Case No. 11−26881−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 128 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 4/19/17 at 11:00 AM |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this **30th day of January, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 128 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  **On or before March 16, 2017**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *April 19, 2017 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Paul W. Popp  
     Debtor

Case No. 11-26881-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Jan 30, 2017  
                     Form ID: 604     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.
```
db            +Paul W. Popp,    154 Cool Springs Road,    Sutersville, PA 15083-1362
13226202      +McCabe, Weisberg & Conway,    123 South Broad Street--Suite 2080,    Philadelphia, PA 19109-1060
13244098       PNC Bank,    Attn: Bankruptcy Department,    P.O. box 5570,    Brecksville, OH  44101-0570
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13338363       E-mail/Text: camanagement@mtb.com Jan 31 2017 02:22:15     M & T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
13226201       E-mail/Text: camanagement@mtb.com Jan 31 2017 02:22:15     M&T Credit Services,
                 Attn:  Bankruptcy Department,    1100 Wehrle Drive,    Buffalo, NY 14221
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M & T Bank
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    M & T Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel R. White    on behalf of Debtor Paul W. Popp dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James Warmbrodt     on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    M & T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen     on behalf of Creditor    M & T Bank mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```