**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    PAUL W. POPP

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:11-26881

Chapter 13

Document No.: 128

FILED
3/20/17 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this \_\_\_\_20th\_\_\_\_ day of \_\_\_\_March\_\_\_\_, 20 17 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: March 20, 2017

Gregory L. Taddonio   jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-26881-GLT
Paul W. Popp                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 1            Date Rcvd: Mar 21, 2017
                            Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
db         +Paul W. Popp,    154 Cool Springs Road,   Sutersville, PA 15083-1362
13226202   +McCabe, Weisberg & Conway,    123 South Broad Street--Suite 2080,   Philadelphia, PA 19109-1060
13244098    PNC Bank,    Attn: Bankruptcy Department,   P.O. box 5570,   Brecksville, OH 44101-0570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13338363        E-mail/Text: camanagement@mtb.com Mar 22 2017 03:14:53     M & T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
13226201        E-mail/Text: camanagement@mtb.com Mar 22 2017 03:14:53     M&T Credit Services,
                 Attn: Bankruptcy Department,   1100 Wehrle Drive,   Buffalo, NY 14221
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M & T Bank
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M & T Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel R. White    on behalf of Debtor Paul W. Popp dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James Warmbrodt     on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    M & T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M & T Bank mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7