**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PAUL W. POPP

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:11-26881 GLT

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/09/2011 and confirmed on 02/13/2012. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,356.51 |
| Less Refunds to Debtor | 943.51 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,413.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,163.84 | |
|   Trustee Fee | 3,062.48 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,226.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 0.00 | 61,289.78 | 0.00 | 61,289.78 |
|   Acct: 4802 | | | | |
| M & T BANK | 18,071.90 | 18,071.90 | 0.00 | 18,071.90 |
|   Acct: 4802 | | | | |
| | | | | 79,361.68 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W. POPP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W. POPP | 943.51 | 943.51 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 4,180.00 | 863.84 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX2-16 | | | | |
| M & T BANK | 425.00 | 425.00 | 0.00 | 425.00 |
|   Acct: 4802 | | | | |

| 11-26881 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| M & T BANK | | 400.00 | 400.00 | 0.00 | 400.00 |
| Acct: 4802 | | | | | |
| | | | | | 825.00 |
| Unsecured | | | | | |
| PNC BANK NA | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | * * * N O N E * * * | | | |
| TOTAL PAID TO CREDITORS | | | | | 80,186.68 |

TOTAL CLAIMED
PRIORITY              825.00
SECURED            18,071.90
UNSECURED              0.00

Date: 04/13/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com